■ DHOOGE BROS., INC., Respondent, v. JOAQUIN P. MECHO, Appellant, et al., Defendant.— Plaintiff has failed to set forth sufficient facts establishing misrepresentation or fraud on the part of the moving defendant who was not a party to the contract. " Fraud cannot be inferred, it must be proved." (*Anderson* v. *Malley,* 191 App. Div. 573, 575.) Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.